■ THE PEOPLE OF THE STATE OF NEW YORK v KEVIN TOWNSEND.—Motion granted to the extent of amending this court's order entered on June 13, 1985 and memorandum decision filed therewith (111 AD2d 636) by deleting the words "and facts" in the last paragraph of said order and in the first paragraph of said memorandum decision. Concur—Murphy, P. J., Sandler, Asch, Fein and Milonas, JJ.